UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CANDICE MILLS,

    Plaintiff,

v.

UNITRIN AUTO AND HOME INSURANCE COMPANY, aka KEMPER PREFERRED,

    Defendant.

C18-831 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant's motion, docket no. 13, to compel examinations pursuant to Federal Rule of Civil Procedure 35 is GRANTED as follows. Plaintiff shall submit to a physical (neurological) examination by Steven Klein, M.D. and a physical examination by James Rockwell, M.D. relating to alleged vocal cord injury. Such examinations shall occur at the offices of the respective examiners at a mutually convenient time upon which the parties agree within twenty-eight (28) days of the date of this Minute Order.

(2) The deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from November 26, 2018, to January 18, 2019. Federal Rule of Civil Procedure 26(a)(2)(D)(ii) shall govern as to the disclosure of any rebuttal reports. All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 9, shall remain in full force and effect.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of December, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1